FILED

NOV 24 2021

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:21CR648 MTS/JMB |
| v. ) | |
| ) | |
| JAMES BEIGHLIE, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

At all times pertinent to the charges in this indictment:

1. Federal law defined the term:

    (a) "minor" to mean any person under the age of eighteen years (18 U.S.C. § 2256(a));

    (b) "sexually explicit conduct" to mean actual or simulated

        (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex,

        (ii) bestiality,

        (iii) masturbation,

        (iv) sadistic or masochistic abuse, or

        (v) lascivious exhibition of the genitals or pubic area of any person (18

U.S.C. §2256(2)(A)); and

(c) "computer" to mean an electronic, magnetic, optical, electrochemical or other high speed data processing device performing logical, arithmetic or storage functions, including any data storage facility or communications facility directly related to or operating in conjunction with such device. (18 U.S.C.§2256(6));

(d) "child pornography" to mean any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where--

(A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; or

(C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

2. The "Internet" was, and is, a computer communications network using interstate and foreign lines to transmit data streams, including data streams used to store, transfer and receive graphic files.

3. Between on or about May 1, 2008, and on or about May 17, 2021, in the Eastern District of Missouri, and elsewhere,

**JAMES BEIGHLIE,**

the defendant herein, did knowingly receive videos and images of child pornography over the internet, a means or facility of interstate commerce, and these videos and images were visual

2

depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of a minor engaging in sexually explicit conduct, including but not limited to the following:

1. "FB8DDAD38F3B7062B018938B61E81D4D" – a graphic image file that depicts a prepubescent minor female in a lascivious display of her genitals;
2. "5B7DBC36784E421848F4410B4644DC33" – a graphic image file of a prepubescent minor female child in a lascivious display of her genitals;
3. "11A17285EC814F92D5478D8357157138" – a graphic image file of a minor female in a lascivious display of her genitals;
4. "BDEE4DF16545D63F_1522082602.JPG" – a graphic image file of two minor male children engaged in sex act.

In violation of Title 18, United States Code, Section 2252A(a)(2).

## COUNT II

The Grand Jury further charges that:

1. The allegations contained in paragraphs one, two, and three of Count I of this Indictment are incorporated by reference as if fully set forth herein.
2. Between on or about May 1, 2008 and on or about May 27, 2021, in the Eastern District of Missouri, and elsewhere,

**JAMES BEIGHLIE,**

the defendant herein, did knowingly receive videos and images of child pornography over the internet, a means or facility of interstate commerce, and these videos and images were visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual

depictions were of a minor engaging in sexually explicit conduct, including but not limited to the following:

1. "38FB0A62140705A7_1522021279.JPG" – a graphic image file that depicts two minor male children in a lascivious display of their genitals;
2. "vid11.mp4" – a graphic video file of two minor male children performing oral sex;
3. "FD3D2CE395B27BDEAAF533C77A8327CB5C334015" – a graphic video file of a minor male in a lascivious display of his genitals.

In violation of Title 18, United States Code, Section 2252A(a)(2).

A TRUE BILL.

_____
FOREPERSON

SAYLER FLEMING
United States Attorney

_____
COLLEEN C. LANG, #56872MO
Assistant United States Attorney