UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:21CR0648 MTS |
| JAMES BEIGHLIE, | ) ) ) ) |
| Defendant. | ) |

**GOVERNMENT'S MOTION TO AMEND RESTITUION QUESTIONNAIRE.**

Comes now the United States of America, by and through its attorneys, Sayler Fleming, United States Attorney for the Eastern District of Missouri, and Colleen Lang, Assistant United States Attorney for said district, and files its Motion to Amended Previously Filed Under Seal Restitution Questionnaire (Doc. #41).

On December 12, 2022, the government filed a restitution questionnaire that contained an error. The victim of the Motorcouch1 series had requested $7500 in restitution not $3000. (Doc. #41). Since that time the government has negotiated a restitution amount with the defendant. The parties are jointly recommending that the Court award the victim of the Motorcouch1 series $4750 in restitution.

Wherefore, the Government respectfully requests to file an amended restitution questionnaire with the corrected amount of restitution.

Respectfully submitted,

SAYLER FLEMING
United States Attorney

1

          *s/ Colleen C. Lang*
          COLLEEN C. LANG, #56872MO
          Assistant United States Attorney
          111 South 10th Street, Room 20.333
          St. Louis, MO 63102
          (314) 539-2200

## CERTIFICATE OF SERVICE

    I hereby certify that on January 5 2023, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

          *s/ Colleen C. Lang*
          COLLEEN C. LANG, #56872MO
          Assistant United States Attorney