*Law Offices of*
# J. Martin Hadican
*Attorney at Law*
Suite 504 Parkway Tower Building
225 South Meramec Avenue
St. Louis (Clayton), Missouri 63105

J. Martin Hadican

Phone: (314) 863-0050
Fax: (314) 863-0053
jmartinhadican@sbcglobal.net

January 5, 2023

**HAND DELIVERED**
Honorable Matthew T. Schelp
District Judge
U.S. District Court
  for the Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street
St. Louis, MO 63102

    Re: U.S.A. vs. James Beighlie
        No. 4:21-cr-00648-MTS-1

Dear Judge:

Enclosed please find letters of recommendation on behalf of Jim.

Please consider. Thank you.

Very truly yours,

J. Martin Hadican

JMH/jkh
Enc.
cc:  Colleen C. Lang
    Assistant United States Attorney
    UNITED STATES ATTORNEYS OFFICE - St. Louis
    111 S. Tenth Street, 20th Floor
    St. Louis, MO 63102

    Randi Heidecker
    Senior United States Probation Officer
    Thomas F. Eagleton Courthouse
    United States Probation Office-Eastern District of Missouri
    111 South 10th Street, Suite 2.325
    St. Louis, Missouri 63102

# St. Mary's Of The Barrens

## VINCENTIAN FATHERS AND BROTHERS

1701 West Saint Joseph Street • Perryville, Missouri 63775-1507 • 573-547-6533 • Fax 573-547-2204

30 October 2022

Honorable Matthew T. Schelp
District Judge
U.S. District Court for the Eastern District of MO
Thomas F Eagleton U.S. Courthouse
111 S 10th Street
St. Louis MO 63102

Dear Judge Schelp,

I am writing this letter on behalf of James T. Beighlie. My name if Rev. Jim Osendorf, C.M. I am a Vincentian priest (belonging to a religious community of priests and brothers founded in France by St. Vincent de Paul and the same religious group that James Beighlie belongs to) and I am the "house superior" or general manager of the facility (a retirement facility for priests and brothers of our religious community) where Jim Beighlie lives, here in Perryville MO. I have lived and worked here for just over 3 years. Over the years, most of my ministry has been in Southern and Central California. I also served active-duty Navy for 4½ years from 1992-97.

I have known Jim Beighlie for many years; he was one year ahead of me in college and theology (we had very small schools and we knew each other well), although I have not had much contact with him over the years until he was moved here to our facility in Perryville MO in May 2021. Since Jim's move here, I have had regular contact with him, usually daily. I have not met any members of Jim's family.

I am very aware that Jim has been charged with and has entered a plea of guilt to the charge of possession of child pornography.

I believe that Jim has asked the court for leniency regarding his future sentence. I concur in asking the court for leniency for Jim. Jim came to our retirement facility in May 2021 and I have been his religious superior since that time. I experience Jim as a broken man, with plenty of guilt and shame for what he has done. But here in our house he has been an exemplary presence. He has his PhD from St. Louis University in Biblical Languages and Literature. On a regular basis he has been holding scripture classes for the senior residents of this facility and his presentations are well attended. He presides at the daily Eucharist (Mass), according to our house schedule, and gives wonderful sermons (homilies). He attends and also leads Morning and Evening Prayer for the community. He comes to all meals (breakfast, lunch, supper) and participates actively in table conversation. Jim is a quiet, shy person, made more difficult for him because he has hearing problems; Jim has told me that our facility (with its retired residents) offers the kind of community life he has been wanting and searching for for a long time. In short, if sentencing is as much about rehabilitation as it is punishment, our facility here in Perryville is providing Jim with the kind of rehabilitation/healthy living that he needs and wants; living in this facility is working well for Jim. Jim is, in my opinion, growing into a better person here. And Jim is very welcome to stay here for as long as possible.

Sincerely yours,

*Rev. Jim Osendorf cm*

(Rev.) Jim Osendorf, C.M.
House Superior
1701 W St. Joseph Street
Perryville MO 63775
Josendorf@vincentian.org
323 236-5128 (cell)

To Whom it May Concern-

I am writing to you regarding the upcoming sentencing of Father James T. Beighlie on January 10, 2023. I, in no way, condone the crimes for which this defendant has accepted responsibility. However, I implore you to exercise some leniency when meting out an appropriate punishment. Extended incarceration is tantamount to a death sentence, a punishment not warranted given the nature of his offenses. Limiting his access to quality, medically necessary, healthcare would hasten his death by barring him from continued care with the specialists tasked with controlling the progression of such diagnoses as atrial fibrillation and COPD. His atrial fibrillation is currently treated by pharmacological modalities including blood thinning medications. As such, he needs serial lab work to verify therapeutic levels of the drug are maintained within his vascular system. Should these levels waver, he could be at high risk of exsanguination resulting in death or the creation of a clot resulting in an embolic event leading to a stroke or respiratory arrest. Another mitigating factor is the reliance on respiratory interventions such as prescription strength inhalers to offset COPD symptoms. These medications must be readily available to prevent total collapse of bronchial airways. Waiting for a guard to respond to a cry for help and transport a prisoner to the infirmary is cruel and unusual for even the most hardened criminals. Again, I state, I do not condone the actions of this man. I beseech you to allow him to reside in a diocesan monitored residence where permission can be granted to him to receive specialty medical care within the community. I ask you to balance the gravity of his crimes with the positive contributions made to his parishioners during his career. Please do not dismiss his years of dedicated service throughout his tenure as a priest. Not only did he officiate countless baptisms and marriages, but he was also called to tend to the sick and injured as a hospital chaplain. In this capacity he tended to the spiritual well-being, as a healer, of all patients. To countless parishioners within the state of Missouri, he was beloved. The outpouring of support exhibited at his 25-year anniversary of his ordination was a testament to the impact he made on the upcoming generations of Catholics. I would be remiss to the nursing profession if I did not seek to educate the court about Father Beighlie's compromised health status. Additionally, I would be further remiss to the Catholic faith if I did not seek to add clarity to the many contributions Father Beighlie has made to the people the court represents. Thank you for your consideration.

Respectfully,

*Cynthia Mariuta RN, BSN*

Cynthia Mariuta, RN, BSN

December 13, 2022

Mrs. Donna Poole
6235 Goshen Street
Simi Valley, CA 93063
December 13, 2022

To whom It May Concern:

I am writing on behalf of my brother, Fr. James T. Beighlie, C.M. I am aware he is facing sentencing after pleading guilty to charges of possession of underage pornography. I do not understand his behavior. I do not condone it. And I will not excuse it. However, I love and support my brother and wish to convey to you how this personal behavior is in complete opposition to the way he has lived his professional life as a priest.

Let me begin by sharing that growing up we had a great homelife. Our dad died when my siblings and I were very young, but our Mom provided us with a tight knit and loving family. Jim was a typical little brother–pulling pranks on his older sisters! All Jim ever wanted to be was a priest. From the age of about 3 he would tell everyone that when he grew up he wanted to be a priest…..or a ditch digger!

Jim entered the Junior Seminary in Montebello, CA at the age of 14. He has dedicated his entire life to serving others. Early in his career he was a chaplain in a hospital. Not only did he tend to the spiritual needs of the patients, he conducted various Bible study groups for the staff. He provided opportunities for community service and social justice projects for students. He was beloved in the parishes where he served. During the pandemic, I was attending a streaming Mass where it was announced he would be moving to St. Mary's Seminary to reside. There was an audible groan from the congregation to learn of this loss.

As I mentioned, I cannot reconcile his personal behavior with his public life. I understand he has committed acts that are illegal. It is my personal belief that these acts are more sinful and the result of some type of addiction. I understand Jim never physically harmed anyone. I beg the court to see that the person he hurt the most is himself. Instead of incarceration, I think my brother needs help. I implore the court to seriously consider supervised release, enforcement of no electronics, and mental health counseling. Thank you for your time and for the opportunity to share my feelings with you.

Sincerely,
Donna Poole



**CONGREGATION of the MISSION**

THE VINCENTIANS
WESTERN PROVINCE

3701 FOREST PARK AVENUE
ST. LOUIS, MO 63108
314-344-1184
VINCENTIAN.ORG

December 21, 2022

Dear Honorable Matthew Shelp,

I am writing to you as the Provincial Superior for the Congregation of the Mission Western Province. Jim Beighlie is a member of my religious congregation. The purpose of my letter to you is to ask for your consideration relating to Jim's future.

While you and I have never met, I would like to provide you with a little background information that I hope may be helpful. I was born and raised in Chicago and I was raised by loving, but no-nonsense parents. They taught me right from wrong at a very early age and they also taught me mercy. I carry these lessons every day in the work that I do as a priest and as the leader of my congregation. I have known Jim since the late 1980s. I am familiar with his personality and also the service he has provided. Jim was an active member of our congregation, but over time he withdrew. I did not know then, that this withdrawal was unhealthy and the isolation he created, made him feel as though he was disconnected with our congregation and from life.

In the early summer of 2021, I learned that inappropriate materials were found on a parish printer and it was suspected that Jim was the person who printed these materials. Immediately, I made the decision that this needed to be looked into and a computer company was engaged to review Jim's computer. This company saw some troubling images, but could not determine whether what they were seeing was child pornography or adult pornography. Within minutes of learning there was a possibility of child pornography, I notified the FBI. Our congregation has been cooperative with the FBI and I am certain they will confirm this with you, if asked. After contacting the FBI, I immediately removed Jim from his position, transferred him to our facility known as Saint Mary of the Barrens in Perryville, Missouri where he could live in a monitored environment and made an announcement about his departure from the parish. We provided the FBI will all devices that Jim had that may contain images. What you may not know is that Jim had thumb drives that I was not aware of. When the FBI asked for these thumb drives, I readily gave permission for them to be handed over. What I did not know is that they could be the property of Jim and he would need to consent. Jim readily consented and also fully cooperated with the investigation.

I was deeply shocked and saddened by the results of the FBI's investigation. Child abuse, which includes child pornography, is a crime and a sin. This is true in our society and it is a centerpiece of my congregation's safe environment policies.

1

What Jim has done is wrong and criminal. After Jim was moved to Perryville, he started engaging in prayer, he eats meals with his confreres, and he is an active participant in community life. If only he had been involved like this years before, I truly believe he would not be in the situation that he is in.

I did not know when I placed him in Perryville that there was a childcare center nearby. Upon learning that we needed to relocate Jim, I contacted Vianney Renewal Center in Dittmer, Missouri ("VRC") to see if Jim could reside there. I thought of VRC because Jim has significant health care needs that must be met and VRC is essentially a "lock down facility" that places restrictions on residents. Jim will move to VRC on January 2, 2023. I am hoping this move could be his last place of residence.

While there is right and wrong, there is also mercy and I am asking for mercy for Jim. I am asking that you spare him incarceration and, instead, allow him to reside at VRC. If he is allowed to remain at VRC, I will see to it that he is never transferred from the facility, unless his health deteriorates and hospitalization is needed. His care/residency will be paid for by my congregation. He will not have access to a computer or the internet. He will not have the opportunity to interact with minors.

I realize that you must weigh all of the considerations and I respect this. My contact for VRC is the Clinical Director, Dr. Rob Furey. Dr. Furey is able to answer any questions you may have regarding VRC and his phone number is 314-954-5939.

I thank you for your kind consideration of my request on behalf of Jim Beighlie. I wish you and yours the very best during this beautiful holiday season.

Sincerely,

Reverend Patrick J. McDevitt, C.M.
Provincial Superior